NO. 07-07-0191-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL B

OCTOBER 24, 2007
_____

CINDY BUCKALEW, APPELLANT

V.

DEBBIE RANKIN, TRINA WILLIS, INDIVIDUALLY, AND
AS NEXT FRIEND OF KRISTEN WILLIS AND ALEXIS WILLIS, APPELLEES
_____

FROM THE COUNTY COURT AT LAW NO. 3 OF LUBBOCK COUNTY;

NO. 2005-597,640; HONORABLE PAULA LANEHART, JUDGE
_____

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

**MEMORANDUM OPINION**

The parties have filed an agreed motion to remand this appeal to the trial court. No decision of this Court having been delivered to date, we grant the motion. Accordingly, the appeal is dismissed and the trial court's judgment is set aside without regard to the merits and the appeal is remanded to the trial court for rendition of judgment in accordance with the agreement of the parties herein. TEX. R. APP. P. 42.1(a)(2)(B). All costs incurred shall

be assessed against the appellees.  No motion for rehearing will be entertained and our mandate will issue forthwith.


                              Mackey K. Hancock
                                   Justice

2